SUE CAMPBELL
Attorney at Law, State Bar Number 98728
1155 North First Street, Suite 101
San Jose, California 95112
Phone: (408) 277-0648
Fax:   (408) 938-1035

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 11/2/06*

| | |
|---|---|
| NORTHERN CALIFORNIA-NORTHERN NEVADA SOUND AND COMMUNICATIONS EMPLOYEE BENEFIT TRUST FUNDS; DOUG LUNG AND BOB TRAGNI AS TRUSTEES OF THE NORTHERN CALIFORNIA-NORTHERN NEVADA SOUND AND COMMUNICATIONS DISTRICT NO. 9 HEALTH AND WELFARE TRUST FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>NETWORK TEKNOLOGIES, INC., a California Corporation,<br><br>Defendants. | CASE NO.: C06-04735 RMW RS<br><br>CASE MANAGEMENT CONFERENCE STATEMENT AND ~~PROPOSED~~ ORDER<br><br>Date:  November 3, 2006<br>Time:  10:30 a.m.<br>Place: Courtroom 6, 4th Floor<br><br>JUDGE: Hon. Ronald M. Whyte |

Plaintiff in the above-entitled action submits this Case Management Statement and proposed order, and requests that the court adopt it as the Case Management Order in this case. Defendants have been served. A default was entered against Defendant Network Teknologies, Inc., a California Corporation on October 19, 2006.

**DESCRIPTION OF THE CASE**

This is a claim for unpaid employee benefits to Taft-Hartley Employee Benefit Trust Funds.

Plaintiffs would like to continue the case for sixty (60) days to proceed with a Request for Default Judgment on defendant. Therefore, Plaintiffs request that the case be continued

1

1 | until January 5, 2007, for another Case Management Conference.

Respectfully submitted,

Dated: October 26, 2006

SUE CAMPBELL
Attorney for Plaintiff

## ORDER

The Case Management Conference is hereby continued to January 5, 2007, 10:30 a.m., in Courtroom 6, 4th Floor.  Plaintiff will file an update and proposed action ten (10) days prior to the Case Management Conference.  Plaintiff shall file a motion for default judgment by November 27, 2006 and notice the hearing for January 5, 2007 @ 9:00 a.m.    (rmw)

Dated:  11/2/06

/s/ Ronald M. Whyte

JUDGE OF THE U.S. DISTRICT COURT

CASE MANAGEMENT CONFERENCE STATEMENT AND PROPOSED ORDER